STATE of Missouri, Appellant,

v.

Jax FOGLE, Respondent.

No. ED 105135

Missouri Court of Appeals, Eastern District, **DIVISION ONE.**

Filed: June 30, 2017

Forrest K. Wegge, Prosecuting Attorney, Kimberly Arshi, Asst. Prosecuting Attorney, Hillsboro, MO, for Appellant.

Thomas P. Duggan, Jr., Imperial, MO, for Respondent.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

### ORDER

PER CURIAM.

The State of Missouri appeals from the trial court's Order granting the motion to suppress physical evidence and statements obtained in a traffic stop, filed by Jax Fogle. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum

setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 30.25(b).